Case 2:20-cr-00113-JAM   Document 10   Filed 07/22/20   Page 1 of 1

FILED
July 22, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS BIVIESCAS,<br><br>　　　　　Defendant. | Case No.  2:20-CR-00113-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>CARLOS BIVIESCAS</u> ,

Case No.  <u>2:20-CR-00113-JAM</u>  Charge <u>18USC § 922(g)(1)</u> , from custody for the following reasons:

　　　　　_____　Release on Personal Recognizance

　　　　　_____　Bail Posted in the Sum of $ _____

　　　　　 xx 　Unsecured Appearance Bond $  <u>25,000.00</u>

　　　　　_____　Appearance Bond with 10% Deposit

　　　　　_____　Appearance Bond with Surety

　　　　　_____　Corporate Surety Bail Bond

　　　　　 X 　(Other): <u>Pretrial conditions as stated on the record.</u>

**The defendant is ordered released on 7/23/20 at 9:00 a.m and ordered report to the Pretrial officer in front of 501 I Street, U.S. Courthouse.**

Issued at Sacramento, California on July 22, 2020 at 2:00 pm.

By:　　_/s/ Allison Claire_____

　　　　Magistrate Judge Allison Claire