HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Ben_Galloway@fd.org

Attorney for Defendant
CARLOS BIVIESCAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS BIVIESCAS<br><br>Defendant. | Case No. 2:20-CR-00113-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   October 6, 2020<br>TIME:    9:15 a.m.<br>JUDGE:  Hon. John A. Mendez |

IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Adrian Kinsella, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Carlos Biviescas, that the status conference scheduled for October 6, 2020 at 9:15 a.m. be continued to November 10, 2020.

The prosecution provided supplemental discovery requested by the defense.  The defense requires time to review that discovery and conduct investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of from the date the parties stipulated through and including November 10, 2020 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1
2    Dated: October 1, 2020
3                                         HEATHER E. WILLIAMS
                                          Federal Defender
4
5                                         */s/ Benjamin Galloway*
                                          BENJAMIN GALLOWAY
                                          Chief Assistant Federal Defender
6                                         Attorney for Defendant
                                          CARLOS BIVIESCAS
7
     Dated: October 1, 2020               */s/ Adrian Kinsella*
8                                         ADRIAN KINSELLA
                                          Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant the requested date in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice is served by granting the requested date and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 10, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, and (Local Code T4). **It is further ordered** that the status conference shall be set to November 10, 2020, at 9:15 a.m.

DATED: October 1, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE